# United States Court of Appeals
## for the Third Circuit



HONORABLE MICHAEL A. CHAGARES
UNITED STATES CIRCUIT JUDGE

U.S. POST OFFICE & COURTHOUSE
NEWARK, NEW JERSEY 07102-9999

July 23, 2007

**VIA FACSIMILE AND FIRST CLASS MAIL**

Hon. Ortrie D. Smith
Chair, Judicial Conference of the United
    States Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C.  20544

      Re:    <u>Form AO-10</u>

Dear Judge Smith:

      I am in receipt of your letter dated June 26, 2007, seeking four clarifications or additional pieces of information regarding my 2006 annual financial disclosure report (the "report"). This letter is in response to your letter and should be considered an amendment to the filing.

      In Part VII, page 4, line 4 of the report, the IRA described is composed entirely of a Fidelity Growth and Income Fund.

      In Part VII, page 4, lines 5 and 12 of the report, the "Bank of America" and "Roselle Savings" accounts were previously owned, but were exempt from disclosure.

      In Part VII, page 4, line 11 of the report, the Smith Barney Brokerage Account is composed of: (1) funds in the Citibank Bank Deposit Program (Value Code - J, Value Method - T) and (2) preferred stocks in FPC Capital (Value Code - J, Value Method - T).

      Thank you for your close attention to my report.

Very truly yours,



MICHAEL A. CHAGARES
United States Circuit Judge

| 1. Person Reporting (last name, first, middle initial)  Chagares, Michael A | 2. Court or Organization  Third Circuit | 3. Date of Report  05/08/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  Circuit Judge (Active) | 5a. Report Type (check appropriate type)  ☐ Nomination, Date  ☐ Initial  ☒ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2006  to  12/31/2006 |
| 7. Chambers or Office Address  MLK Jr. Federal Building 50 Walnut Street Newark, NJ 07102 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Adjunct Professor | Seton Hall University School of Law |
| 2. Director | The Historical Society of the U.S. District Court for the District of New Jersey |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

2017 MAY 11 P 12: 03 RECEIVED FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Chagares, Michael A | 05/08/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2006 | Cole, Schotz, Meisel, Forman & Leonard, PA | $ 76,084 |
| 2. 2006 | Seton Hall University School of Law | $ 14,000 |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | | Date of Report |
|---|---|---|
| Chagares, Michael A | . | 05/08/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chagares, Michael A | 05/08/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Fidelity Cash Reserves | B | Dividend | K | T | | | | | |
| 2. Commerce Bank | B | Interest | J | T | | | | | |
| 3. Dreyfus Money Market | B | Dividend | K | T | | | | | |
| 4. Fidelity IRA | B | Int./Div. | J | T | | | | | |
| 5. Bank of America | A | Interest | J | T | | | | | |
| 6. Washington Mutual | A | Interest | J | T | | | | | |
| 7. Exxon Mobil Stock | A | Dividend | K | T | | | | | |
| 8. Thrift Savings | D | Int./Div. | M | T | | | | | |
| 9. William Penn Life Ins. | A | Interest | J | T | | | | | |
| 10. American General Life Ins. | A | Interest | J | T | | | | | |
| 11. Smith Barney (borkerage acct) | B | Int./Div. | K | T | | | | | |
| 12. Roselle Savings | A | Interest | J | T | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chagares, Michael A | 05/08/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Date 5/10/07

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544